# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| MELVIN JACKSON, | : No. 61 EM 2014 |
| Petitioner | : |
| v. | : |
| WORKERS' COMPENSATION APPEAL BOARD (SEPTA), | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2014, the Petition for Review is **DENIED**.